<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                           SOUTHERN DIVISION
</pre>

| | |
|---|---|
| SEAN CHRISTOPHER TALLON ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **JUDGMENT** |
| ) | |
| ) | No. 7:19-CV-120-FL |
| KILOLO KIJAKAZI, *ACTING* ) | |
| *COMMISSIONER OF SOCIAL SECURITY* ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of judgment and mandate of the United States Court of Appeals for the Fourth Circuit.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on August 30, 2021, that this matter is REMANDED to defendant pursuant to sentence four of 42 U.S.C. §405(g) so that plaintiff can obtain a new hearing before a different, properly appointed Administrative Law Judge.

**This Judgment Filed and Entered on August 30, 2021, and Copies To:**
David F. Chermol / Paul B. Eaglin  (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo / Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)


August 30, 2021                     PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk